

# Strasburger
ATTORNEYS AT LAW

ACCEPTED
03-14-00765-CV
3916087
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/27/2015 2:10:29 PM
JEFFREY D. KYLE
CLERK

January 27, 2015

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/27/2015 2:10:29 PM
JEFFREY D. KYLE
Clerk

JUDITH R. BLAKEWAY
210.250.6004
judith.blakeway@strasburger.com

Mr. Jeffrey D. Kyle, Clerk
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711

    RE:    No. 03–14–00765–CV; Nancy Jo Rodriguez v. The Walgreen Company and Sara Elizabeth McGuire; Third Court of Appeals, Austin Division

Dear Mr. Kyle:

Please note that I will be on vacation on the following dates and will be unavailable for hearings, settings or trials:

**May 7–10, 2015**
**July 17–26, 2015**

By copy of this letter, I am advising all attorneys of record of my vacation schedule and ask that they provide me the courtesy of scheduling hearings, discovery, and depositions at times convenient to all parties prior to or subsequent to the dates above–listed.

Very truly yours,

Judith R. Blakeway

JRB/rmc

cc:    Lannie Todd Kelly
       Cynthia Day Grimes

**Strasburger & Price, LLP**

2301 Broadway | San Antonio, Texas 78215- 1157 | 210.250.6000 tel | 210.250.6100 fax | www.strasburger.com

1747456.1/SP/80726/0138/012715 Austin | Collin County | Dallas | Houston | San Antonio | New York | Washington, D.C. | Mexico City - Strasburger & Price, SC